### UNITED STATES of America, Plaintiff—Appellee,

v.

### Howard STREET, Defendant— Appellant.

### No. 01–10698.
### D.C. No. CR–01–40056–CW.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 18, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

---

courts of this circuit except as provided by *Ninth Circuit Rule 36–3.*

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Howard Street appeals his conviction of being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). Street pleaded guilty, reserving the right to appeal the denial of his motion to dismiss the indictment on the ground that § 922(g)(1) is unconstitutional because possession of a firearm is insufficiently tied to interstate commerce. Street's Commerce Clause challenge to the constitutionality of § 922(g)(1) is foreclosed by *United States v. Davis*, 242 F.3d 1162, 1163 (9th Cir.2001). His conviction is therefore

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

